**E-filing**

1 SCOTT N. SCHOOLS (SC 9990)
United States Attorney
2
BRIAN J. STRETCH (CABN 163973)
3 Chief, Criminal Division
4 MAUREEN C. BESSETTE (NYSBN 2468254)
Assistant United States Attorney
5
1301 Clay Street, Suite 340S
6 Oakland, CA, 94612
Telephone: (510) 637-3691
7 Telefax:    (510) 637-3724
E-Mail: maureen.bessette@usdoj.gov
8
Attorneys for the United States
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                         OAKLAND DIVISION

13

14 UNITED STATES OF AMERICA,          )   CRIMINAL NO. 07-70615
                                      )
15       Plaintiff,                   )
                                      )
16   v.                               )   NOTICE OF PROCEEDINGS ON
                                      )   OUT-OF-DISTRICT CRIMINAL
17 CHARLES LEZINE,                    )   CHARGES PURSUANT TO RULES
                                      )   5(c)(2) AND (3) OF THE FEDERAL
18       Defendant.                   )   RULES OF CRIMINAL PROCEDURE
   _____)

19     Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

20 Procedure that on October 22, 2007, above-named defendant was arrested based upon an

21 arrest warrant (copy attached) issued upon an

22     ☐ Superseding Indictment
       ☐ Information
23     ☐ Criminal Complaint
       ■ Other (describe)     Violation of the Terms of Supervised Release
24
   pending in the Norther District of Illinois, Case Number 95-190-2.
25
       In that case, the defendant is charged with a violation of Title 18, United States Code,
26
   Section 3583, Violation of the Terms of Supervised Release.
27
   ///
28

1  PENALTY:

2  5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment.

3

4                                             Respectfully Submitted,

5

6                                             SCOTT N. SCHOOLS
                                             UNITED STATES ATTORNEY

7  Date: October 22, 2007

8                                             MAUREEN C. BESSETTE
                                             Assistant U.S. Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
Northern District of Illinois
Eastern Division

United States of America

**WARRANT FOR ARREST**

v.

Charles Lezine

Case Number: 95 cr 190-2

To:  The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Charles Lezine** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment    Information    Complaint    (X)Order of court    Violation Notice
Probation    Violation Petition

charging him or her with:    **Show cause why his supervised release should not be revoked.**

in violation of Title 21, United States Code, Section(s) 841(a)

Ellenore Duff Issuing Officer

Deputy Clerk

*Ellenore Duff*
Signature of Issuing Officer

9/27/07; Chicago, IL

Bail fixed at $

_____
, Judicial Officer

| RETURN |
| --- |
| This warrant was received and executed with the arrest of the above-named defendant at |

| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer |
| --- | --- | --- |
| Date of Arrest | | |

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 95 CR 190 - 2 | **DATE** | 9/26/2007 |
| **CASE TITLE** | United States of America vs. Charles Lezine | | |

**DOCKET ENTRY TEXT**

Status hearing held regarding probation officer's special report; defendant did not appear. Order bench warrant issued as to defendant Charles Lezine to show cause why his supervised release should not be revoked.

Docketing to mail notices.

00:05

```
A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By _____
         DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
      DISTRICT OF ILLINOIS
DATE:  9-27-07
```

| | Courtroom Deputy Initials: | CW |
|---|---|---|

95CR190 - 2 United States of America vs. Charles Lezine                    Page 1 of 1

** TOTAL PAGE.03 **