**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET, SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

November 16, 2007

VIA FACSIMILE (510) 637-3545
Magistrate Judge Wayne D. Brazil
1301 Clay Street, Courtroom No. 4
Oakland, CA 94612
attn: Ivy Garcia

**United States v. Charles Lezine, CR 04-07-70615 WDB**
**RE: Request to continue hearing from 11/19/07 to 11/26/07**

Dear Judge Brazil :

    I am asking that this case which is currently calendared for Monday, November 19, 2007, at 10:00 a.m. be continued one week to Monday, November 26, 2007, at 10:00 a.m. for status regarding Rule 20 transfer.  Mr. Lezine's case was initially in Illinois but he has been supervised in the Northern District of California.  United States Probation Officer Mark Unalp has been working to have the entire case transferred to this district and assigned to a district court judge so that the supervised release violation can be resolved here.  Mr. Unalp has been in close contact with Illinios however the documents apparently have not yet arrived in this district or been assigned.  USPO Unalp understands that this should occur hopefully by early next week.  For this reason we are asking to continue the status appearance by one week to November 26, 2007.

    I have spoken to AUSA Maureen Bessette and USPO Mark Unalp and neither objects to the proposed continuance to November 26, 2007.

Sincerely,

BARRY J. PORTMAN
Federal Public Defender
/S/

JOYCE LEAVITT
Assistant Federal Public Defender

cc:    Maureen Bessette, AUSA
        Mark Unalp, USPO