PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
95 CR 190-2

DOCKET NUMBER (Rec. Court)
CR 07-0740 MJJ

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Charles Lezine<br>205 MacArthur Blvd<br>Oakland, California 94612 | Illinois Northern | Eastern |
| | NAME OF SENTENCING JUDGE | |
| | (Ann C. Williams) - Reassigned to William T. Hart (3-15-96) | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 02-10-06   TO 02-09-11 |

OFFENSE

Distribution of Controlled Substance

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "Northern District of Illinois"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District of California** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11/14/07
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/20/07
Effective Date

_____
United States District Judge

RECEIVED
NOV 19 2007