UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CRIMINAL MINUTES*

**Judge:** MARTIN J. JENKINS

**Date**: November 29, 2007

**Case No:** CR 07-00740 MJJ

**Case Title**: UNITED STATES v. CHARLES LEZINE (present)

**Appearances:**

    For the Government: James Mann

    For Defendant(s): Joyce Leavitt

**Interpreter:**                                 **Probation Officer:**

**Deputy Clerk**: Rowena B. Espinosa        **Court Reporter**: Sylvia Russo

### *PROCEEDINGS*

1. Status - held

### *SUMMARY*

- The defendant shall still be electronically monitored.
- The matter is continued to **Thursday, 01/24/08 @ 2:00 PM (SF) for Further Status**.
- Parties shall file a written update of the defendant's progress to the Court prior to the next hearing.