1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant LEZINE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-00740 MJJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | DATE TO MARCH 14, 2008 |
| | ) | |
| CHARLES LEZINE, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the supervised release status date in this case, currently scheduled for Thursday, January 24, 2008, at 2:00 p.m. in San Francisco, California may be continued to Friday, March 14, 2008, at 2:30 p.m. in Oakland, California for status regarding his supervised release violations. The current status is that Mr. Lezine has been on electronic monitoring and complying with his conditions of supervision since the last appearance in November, 2007. He also has been working and testing negative for any drug use. The parties anticipate that should Mr. Lezine continue to do well on supervision, the United States Probation Officer will submit a petition prior to the March 14, 2008 court date, requesting that the

Court take judicial notice of the violations. As Mr. Lezine will have served nearly one month at the half-way house and almost four months on electronic monitoring, the parties believe that this is an appropriate sanction. At that time, the March 14, 2008 status court date would be vacated. United States Probation Officer Mark Unalp has discussed the matter with the government and defense attorney and agrees that this is an appropriate disposition of this matter.

DATED: 1/23/08

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 1/23/08

/S/
_____
MAUREEN BESSETTE
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the supervised release status date in this case, currently scheduled for Thursday, January 24, 2008, at 2:00 p.m. in San Francisco, California, may be continued to Friday, March 14, 2008, at 2:30 p.m. in Oakland, California for a status regarding his supervised release violations.

SO ORDERED.

DATED: _____
HONORABLE MARTIN J. JENKINS
United States District Judge