

**MICHAEL W. DOBBINS**
CLERK

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**RECEIVED**

FEB 0 8 2008

**RICHARD W. WIEKING**
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

February 4, 2008

Mr. Richard W. Wieking
Clerk
United States District Court
Phillip Burton United States Courthouse
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3434

**FILED**

FEB - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Re: **USA vs. Charles Lezine**
Case No: **95 cr 190-2** CR07-740 MJJ

Dear Clerk:

Pursuant to Title 18, United States Code, Section 3653, Transfer of Jurisdiction of Probation, enclosed are the following document(s):

( ) **Certified Copy Indictment (DOCUMENT CANNOT BE LOCATED)**
(X) Probation Form 22, Transfer of Jurisdiction
( ) **Judgment and Order of Probation (DOCUMENT CANNOT BE LOCATED)**
(X) Certified Copy of Docket Entries

which I hereby certify are the originals filed in this court in the above cause. *Certified copies of Indictment and Judgment Order will be transmitted as soon as they are located.*

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Michael W. Dobbins, Clerk

By: _____
Ellenore Duff, Deputy Clerk

| PROB 22<br>(Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>95 CR 190-2 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)*<br>CR07-0740 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Charles Lezine<br>205 MacArthur Blvd<br>Oakland, California 94612 | DISTRICT<br>Illinois Northern | DIVISION<br>Eastern |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>(Ann C. Williams) - Reassigned to: William T. Hart (3-15-96) | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>02-10-06 | TO<br>02-09-16 |

**OFFENSE**

Distribution of Controlled Substance

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Northern District of Illinois"

     IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District of California** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Date: 11/14/07

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Northern District of California**

     IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court after the entry of this order.

DOCKETED
DEC 1 8 2007

Effective Date: 11/20/07

_____
United States District Judge

FILED
DEC 1 4 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED
NOV 1 9 2007

337

RECEIVED
DEC 1 0 2007
U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
### CRIMINAL DOCKET FOR CASE #: 1:95-cr-00190-2
### Internal Use Only

Case title: USA v. Patel, et al

Date Filed: 03/31/1995
Date Terminated: 06/05/1997

Assigned to: Honorable William T. Hart

Appeals court case number: #97-2571

### Defendant

**Charles Lezine** (2)
*TERMINATED: 06/19/2000*

represented by **Therese Cesar**
Therese Cesar Garza
Attorney at Law
559 W. Surf
Unit 202
Chicago, IL 60657
(773)525-8565
*TERMINATED: 06/05/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

### Pending Counts

21:841A=ND.F NARCOTICS-SELL,
DISTRIBUTE, OR DISPENSE
(1)

### Disposition

The defendant is hereby committed to
the custody of the United States Bureau
of Prisons to be imprisoned for a term
of one-hundred thirty-five (135) months.
The defendant is remanded to the
custody of the United States marshal.
Upon release from impr isonment, the
defendant shall be on supervised release
for a term of five (5) years. The
defendant shall pay a fine of $5,000.00.
The fine includes any costs of
incarceration and/or supervision.
Statement of reasons.

### Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| **United States of America** | represented by | **Duane Deskins** |
|---|---|---|

United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lela Darlene Johnson**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: lela.johnson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pretrial Services**

435-5545
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*

**Probation Department**

408-5197
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/04/1995 | | (Court only) Modification Case assigned to Hon. Ann C. Williams (Entered: 05/09/1995) |
| 05/04/1995 | 6 | INDICTMENT before Hon. Ann C. Williams Counts filed against Nilesh K Patel (1) count(s) 1, Charles Lezine (2) count(s) 1 (dmk) (Entered: 05/09/1995) |
| 05/04/1995 | 8 | MINUTE ORDER of 5/4/95 by Hon. William T. Hart as to Nilesh K Patel and Charles Lezine :Bond set by Magistrate to stand as bond in this instance. Enter order. Mailed notice (dmk) (Entered: 05/09/1995) |
| 05/05/1995 | 7 | DESIGNATION SHEET Felony Category III (dmk) (Entered: 05/09/1995) |
| 05/05/1995 | 9 | ARRAIGNMENT NOTICE: Before Hon. W. Thomas Rosemond Jr. as to Nilesh K Patel and Charles Lezine : Arraignment and plea set for Monday 05/08/95 at 1:00 p.m. Mailed notice (dmk) (Entered: 05/09/1995) |
| 05/08/1995 | 10 | MINUTE ORDER of 5/8/95 by Hon. W. Thomas Rosemond Jr. as to Nilesh K Patel and Charles Lezine : Arraignment held. Defendants' enter plea of not guilty to count one. Defendants informed of their rights. 2.04 conference to be held by 05/15/95. Pretrial motions to filed by 06/07/95. Government's response by 06/19/95. Status hearing before Judge Williams set for 06/27/95 at 10:00 a.m. Order excludable delay to begin 05/08/95 pursuant to 18:3161(h)(1)(F). No notice (dmk) (Entered: 05/10/1995) |
| 05/09/1995 | 11 | MINUTE ORDER of 5/9/95 by Hon. Ann C. Williams as to Nilesh K Patel and Charles Lezine : Status hearing reset for 05/26/95 at 9:30 a.m. Status hearing set for 06/27/95 is stricken. Mailed notice (dmk) (Entered: 05/11/1995) |
| 05/18/1995 | 12 | MINUTE ORDER of 5/18/95 by Hon. Ann C. Williams as to defendants: Status hearing re-set for 05/31/95 9:30 a.m. Status hearing set for 05/26/95 is stricken. Mailed notice (pmp) (Entered: 05/19/1995) |
| 05/31/1995 | 14 | MOTION by Charles Lezine for immediate disclosure of Rule 16 and local Criminal Rule 2.04 material ; Notice of motion and affidavit of mailing. (Temporarily unavailable for docketing) (pmp) Modified on 06/05/1995 (Entered: 06/05/1995) |
| 05/31/1995 | 15 | MINUTE ORDER of 5/31/95 by Hon. Ann C. Williams as to Charles Lezine : Denying as moot defendant's motion for immediate disclosure of Rule 16 and local Criminal Rule 2.04 material. [14-1] (Temporarily unavailable for docketing) Mailed notice (pmp) Modified on 06/05/1995 (Entered: 06/05/1995) |
| 05/31/1995 | 16 | MINUTE ORDER of 5/31/95 by Hon. Ann C. Williams as to Nilesh K Patel, Charles Lezine : Status hearing held. Date for filing pretrial motions is extended to 06/21/95. Response is extended to 07/05/95. Defendants are given until 06/06/95 to file motions for reconsideratin of bond. Hearing on said motions is set for 06/15/95 at 10:00 a.m. Court enters findings |

| | | |
|---|---|---|
| | | pursuant to USA v. Tibboel that excludable delay pursuant to 3161(h)(1)(F) began 05/31/95. Mailed notice (dmk) (Entered: 06/05/1995) |
| 06/05/1995 | 17 | MOTION by Charles Lezine for review of magistrate's detention order ; (Exhibits); Notice of filing and affidavit of mailing (pmp) (Entered: 06/05/1995) |
| 06/13/1995 | 21 | RESPONSE by USA to defendant's motion for review of magistrate's detention order [17-1]; Notice of filing (pmp) (Entered: 06/14/1995) |
| 06/15/1995 | 25 | MINUTE ORDER of 6/15/95 by Hon. Ann C. Williams as to Charles Lezine : The court hereby enters the agreed release order drafted by the parties. Defendant is to reside with his grandmother in Racine, Wisconsin under the conditions set forth in the agreement. If defendant should be reinstated to his job in California, the court will reconsider the conditions of his release.(For further detail see order on the reverse of minute order) No notice (srn) (Entered: 06/19/1995) |
| 06/15/1995 | 28 | MINUTE ORDER of 6/15/95 by Hon. Ann C. Williams as to Charles Lezine : Defendant's motion to compel denied as moot. Defense motion to be filed by 07/07/95. Government's response by 07/26/95. Status set for 07/07/95 at 9:30 a.m. No notice (pmp) Modified on 07/27/1995 (Entered: 06/20/1995) |
| 06/15/1995 | | (Court only) Modification Status hearing set for 07/07/95 at 9:30 a.m. (pmp) (Entered: 08/10/1995) |
| 06/15/1995 | | (Court only) Modification Defense motions to be filed by 07/07/95 (pmp) (Entered: 08/10/1995) |
| 06/20/1995 | 29 | ORDER by Hon. Ann C. Williams setting conditions of release for Charles Lezine in the amount of $75,000.00 surety (See order for details) (pmp) (Entered: 06/20/1995) |
| 06/20/1995 | 30 | BOND ($75,000.00 surety) by Charles Lezine (pmp) (Entered: 06/20/1995) |
| 06/21/1995 | 31 | RECOMMENDED findings of fact by Hon. Joan H. Lefkow (pmp) (Entered: 06/21/1995) |
| 07/06/1995 | 38 | SEALED document (pmp) (Entered: 07/07/1995) |
| 07/07/1995 | 40 | MINUTE ORDER of 7/7/95 by Hon. Ann C. Williams as to defendants: Date for filing pretrial motions is extended to 07/21/95. Response due 08/02/95. Status hearing held; continued to 08/04/95 at 9:30 a.m. Mailed notice (pmp) (Entered: 07/11/1995) |
| 07/19/1995 | 44 | MINUTE ORDER of 7/19/95 by Hon. Ann C. Williams as to Charles Lezine : Status hearing reset for 09/06/95 at 9:30 a.m. Status hearing set for 08/04/95 is stricken. Date for filing pretrial motions is extended to 08/04/95. Response due 09/07/95. Mailed notice (dmk) (Entered: 07/21/1995) |

| 07/26/1995 | 47 | SEALED document (dmk) (Entered: 07/27/1995) |
|---|---|---|
| 08/31/1995 | 63 | OPPOSITION by USA to Kamlesh Patel's and Nilesh Patel's motions to intervene in a criminal trial; Notice of filing (pmp) (Entered: 09/01/1995) |
| 08/31/1995 | 64 | OPPOSITION by USA to Kamlesh Patel's and Nilesh Patel's motions to intervene in a criminal trial; Notice of filing (pmp) (Entered: 09/01/1995) |
| 09/06/1995 | 68 | MINUTE ORDER of 9/6/95 by Hon. Ann C. Williams as to defendant Nilesh K Patel, defendant Charles Lezine : Date for filing response to pretrial motions, motion to intervene [66-1], motion to quash seizure warrant [65-1], motion to quash consent to search [61-1], motion to suppress evidence [61-2], motion for severance [60-1], motion for preservation of agent's notes [59-1], motion for discovery [58-1], motion inspection [58-2], motion for disclosure of evidence which may lead to the impeachment of any government witness [57-1], motion to require notice of intention of use of other crimes, wrongs or acts evidence [56-1], motion for production [55-1], motion inspection of favorable information [55-2], motion for an evidentiary hearing on admissibility of co-conspirators' statemenets [54-1], motion proffer of evidence [54-2], motion to produce information pertaining to confidential imformant [53-1], motion for list of [52-1], motion for review of magistrate's detention order [17-1], motion to quash search warrant [51-1], motion to suppress evdience [51-2], is extended to 9/8/95. Status hearing held; continued to 10/6/95 at 9:30 am. Mailed notice (cdh) (Entered: 09/12/1995) |
| 09/21/1995 | 75 | RETURN of service of seizure warrant executed upon Kamlesh Patel in regards to $2,500.00 in United States Currency on 09/19/95; (Attachments) (pmp) Modified on 09/28/1995 (Entered: 09/28/1995) |
| 09/21/1995 | 76 | RETURN of service of seizure warrant executed upon Jaimini Patel in regards to $4,613.00 in United States Currency on 09/15/95; (Attachments) (pmp) (Entered: 09/28/1995) |
| 09/22/1995 | 73 | AGREED motion by Charles Lezine for transfer of the defendant's pretrial release placement to California ; Notice of motion and affidavit of mailing (pmp) (Entered: 09/27/1995) |
| 09/22/1995 | 74 | MINUTE ORDER of 9/22/95 by Hon. Ann C. Williams as to Charles Lezine : Granting defendant's agreed motion for transfer of the defendant's pretrial release placement to California [73-1] and so ordered. Mailed notice (pmp) (Entered: 09/27/1995) |
| 09/26/1995 | 77 | RETURN of service of seizure warrant executed upon Nilesh Patel in regards to $120,500.00 in United States Currency on 09/13/95; (Attachments) (pmp) (Entered: 09/28/1995) |
| 10/06/1995 | 78 | MINUTE ORDER of 10/6/95 by Hon. Ann C. Williams as to defendants: Status hearing held; continued to 10/30/95 at 9:30 a.m. Jury trial set for 11/21/95 at 10:00 a.m. Mailed notice (pmp) (Entered: 10/11/1995) |

| 10/13/1995 | 81 | RETURN of service of seizure executed upon $4,613.00 in United States currency on 09/11/95 (pmp) (Entered: 10/13/1995) |
| 10/13/1995 | 82 | RETURN of service of seizure executed upon $120,505.00 in United States currency on 09/11/95 (pmp) (Entered: 10/13/1995) |
| 10/13/1995 | 83 | RETURN of service of seizure executed upon $2,500.00 in United States currency on 09/11/95 (pmp) (Entered: 10/13/1995) |
| 10/27/1995 | 84 | MOTION by Kamlesh Patel to intervene and to vacate seizure warrant ; (Exhibits) (pmp) (Entered: 10/30/1995) |
| 10/27/1995 | 85 | AFFIDAVIT of intervenor Kamlesh Patel regarding motion to intervenue [84-1] and to vacate seizure warrant [84-2] (pmp) Modified on 10/30/1995 (Entered: 10/30/1995) |
| 10/27/1995 | 86 | MEMORANDUM by Kamlesh Patel of law in support of intervenor's motion to intervene [84-1] and intervenor's motion to vacate seizure warrant with argument (pmp) Modified on 10/30/1995 (Entered: 10/30/1995) |
| 10/27/1995 | 86 | ARGUMENT by Kamlesh Patel in support of intervenor's motion to intervene and to vacate seizure warrant with memorandum of law in support (pmp) (Entered: 10/30/1995) |
| 10/27/1995 | 87 | MOTION by intervene Jaminini Patel to intervene and to vacate seizure warrant ; (Exhibits) (pmp) (Entered: 10/30/1995) |
| 10/27/1995 | 88 | AFFIDAVIT of intervenor Jaimini Patel as to Jaimini Patel regarding motion to intervene [87-1] and to vacate seizure warrant [87-2] (pmp) (Entered: 10/30/1995) |
| 10/27/1995 | 89 | MEMORANDUM of law by intervenor Jaimini Patel in support of motion to intervene [87-1] and to vacate seizure warrant [87-2] with argument (pmp) (Entered: 10/30/1995) |
| 10/27/1995 | 89 | ARGUMENT by intervenor Jaimini Patel with memorandum of law in support of intervenor's motion to intervene and to vacate seizure wrrant (pmp) (Entered: 10/30/1995) |
| 10/27/1995 | 90 | MOTION by intervenor Kamlesh Patel to intervene and to vacate seizure warrant ; (Exhibits) (pmp) (Entered: 10/30/1995) |
| 10/27/1995 | 91 | AFFIDAVIT of Mark Hannan as to intervenor Kamlesh Patel regarding motion to intervene [90-1] and to vacate seizure warrant [90-2]; (Exhibits) (pmp) (Entered: 10/30/1995) |
| 10/27/1995 | 92 | MEMORANDUM of law by intervenor Kamlesh Patel in support of motion to intervene [90-1] and to vacate seizure warrant; with argument (pmp) (Entered: 10/30/1995) |
| 10/27/1995 | 92 | ARGUMENT by intervenor Kamlesh Patel with memorandum of law in support of intervenor's motion to intervene and to vacate seizure warrant (pmp) (Entered: 10/30/1995) |

| | | |
|---|---|---|
| 10/30/1995 | 93 | MINUTE ORDER of 10/30/95 by Hon. Ann C. Williams as to defendants: Status hearing held; continued to 11/01/95 at 10:00 a.m. Parties are given until 11/13/95 to file additional pretrial motions. Response due 11/27/95. Mailed notice (pmp) (Entered: 11/01/1995) |
| 11/01/1995 | 94 | MINUTE ORDER of 11/1/95 by Hon. Ann C. Williams as to defendants: Status hearing reset for 11/02/95 at 10:00 a.m. No notice (pmp) (Entered: 11/07/1995) |
| 11/02/1995 | 95 | MINUTE ORDER of 11/2/95 by Hon. Ann C. Williams as to defendants : Status hearing held. Additional motions to be filed by 11/09/95. Response to be filed on 11/20/95. Change of plea is set for 11/21/95 at 9:45 a.m. Trial set for 11/21/95 is stricken. Mailed notice (pmp) (Entered: 11/07/1995) |
| 11/21/1995 | 98 | MOTION by Kamlesh Patel and Jaimini Patel to consolidate for hearing and opinion ; Notice of motion (pmp) (Entered: 11/22/1995) |
| 11/21/1995 | 99 | OPPOSITION by USA to Kamlesh Patel and Nilesh Patel's motions to intervene in a criminal trial; (Exhibits); Notice of filing (pmp) (Entered: 11/22/1995) |
| 11/21/1995 | 100 | SUPPLEMENT to intervenor Kamlesh Patel motions to vacate seizure warrants [84-2], [87-2] and [90-2] and for return of currency and van; (Exhibits) (pmp) (Entered: 11/22/1995) |
| 11/21/1995 | 101 | MINUTE ORDER of 11/21/95 by Hon. W. Thomas Rosemond Jr. as to Kamlesh Patel and Jaimini Patel : Intervenors Kamelsh Patel and Jaimini Patel's motion to consolidate for hearing and opinion [98-1] are entered and continued to 12/12/95 at 10:00 a.m. Patel's reply to motion to dismiss indictment due 12/21/95. Mailed notice (pmp) (Entered: 11/22/1995) |
| 11/21/1995 | 103 | MINUTE ORDER of 11/21/95 by Hon. Ann C. Williams as to Charles Lezine : Change of plea is continued to 11/29/95 at 2:00 p.m. Mailed notice (pmp) (Entered: 11/22/1995) |
| 11/29/1995 | 105 | MINUTE ORDER of 11/29/95 by Hon. Ann C. Williams as to Charles Lezine : Change of plea is reset to 12/07/95 at 11:30 a.m. Mailed notice (pmp) (Entered: 12/05/1995) |
| 12/06/1995 | 108 | DESIGNATION SHEET Felony Category III (pmp) (Entered: 12/11/1995) |
| 12/07/1995 | 109 | PLEA Agreement as to Charles Lezine (pmp) (Entered: 12/12/1995) |
| 12/07/1995 | 110 | MINUTE ORDER of 12/7/95 by Hon. Ann C. Williams as to Charles Lezine : Defendant withdraws not guilty plea and enters plea of guilty to the indictment. Court accepts plea and enters guilty plea on the indictment. Order cause referred to Probation for presentence investigation. Sentencing is set for 03/29/96 at 10:00 a.m. Government's version to be subitted by 12/19/95. Objections to be filed by 03/08/96. Responses to be filed by 03/15/96. Filed plea agreement. Mailed notice (pmp) (Entered: 12/12/1995) |

CM/ECF LIVE, Ver 3.0 - U.S. District Court, Northern Illinois - Do... https://ecf.ilnd.cire7.dcn/cgi-bin/DktRpt.pl?141872450405116-L_3...

| | | |
|---|---|---|
| 12/22/1995 | 127 | INTERVENOR'S joint supplement by Kamlesh Patel and Jaimini Patel to their motions to intervene and for return of property (pmp) (Entered: 12/26/1995) |
| 02/07/1996 | 138 | REPORT by USA from pretrial services on Charles Lezine; (Attachments); Notice of filing (pmp) (Entered: 02/07/1996) |
| 02/15/1996 | 140 | REPORT by USA from Pretrial Services on Charles Lezine; (Attachments); Notice of filing (pmp) (Entered: 02/15/1996) |
| 02/16/1996 | 145 | MINUTE ORDER of 2/16/96 by Hon. Ann C. Williams as to Charles Lezine : Hearing on defendant's hearing is set for 02/23/96 at 2:00 p.m. The court will issue a bench warrant if defendant has not purchased his ticket by 02/20/96. No notice (pmp) (Entered: 02/22/1996) |
| 02/21/1996 | 142 | MOTION by USA for an arrest warrant as to defendant Charles Lezine ; Notice of filing (pmp) (Entered: 02/22/1996) |
| 02/21/1996 | 143 | MINUTE ORDER of 2/21/96 by Hon. Ann C. Williams as to Charles Lezine : Granting government's motion for an arrest warrant as to defendant Charles Lezine. [142-1] Order arrest warrant issued for Charles Lezine for failure to purchase United Airline ticket by 02/20/96 and for his presence before this court on 02/23/96 at 2:00 p.m. for a hearing on defendant's bond. Mailed notice (pmp) (Entered: 02/22/1996) |
| 02/22/1996 | | ARREST Warrant issued for Charles Lezine (pmp) (Entered: 02/22/1996) |
| 02/22/1996 | | DEFENDANT Charles Lezine arrested (pmp) (Entered: 02/26/1996) |
| 02/23/1996 | 146 | REPORT by USA from Pretrial Services on Charles Lezine; (Attachments); (Notice of filing) (pmp) (Entered: 02/26/1996) |
| 02/23/1996 | 147 | ARREST Warrant returned executed as to Charles Lezine 02/22/96 (pmp) (Entered: 02/26/1996) |
| 02/23/1996 | 148 | MINUTE ORDER of 2/23/96 by Hon. Ann C. Williams as to Charles Lezine : Hearing regarding bond held. Defendant having voluntarily surrendered order arrest warrant quashed and defendant's bond revoked pending sentence. Date for filing objections to presentence investigation is extended to 03/11/96. Responses to be filed by 03/18/96. Sentencing set for 03/29/96 at 10:00 a.m. to stand. Mailed notice (pmp) (Entered: 02/27/1996) |
| 03/07/1996 | 150 | MOTION by USA to continue the sentencing of Charles Lezine Notice of filing. (cdh) (Entered: 03/08/1996) |
| 03/14/1996 | 157 | MINUTE ORDER of 3/14/96 by Hon. Ann C. Williams as to Charles Lezine : Granting government's motion to continue the sentencing of Charles Lezine [150-1] Sentencing set for 03/29/96 is stricken and reset to 05/10/96 at 10:00 a.m. Date for filing objections to the presentence investigation report is extended to 04/29/96. Responses to be filed by 05/06/95. Mailed notice (pmp) (Entered: 03/15/1996) |

| | | |
|---|---|---|
| 03/19/1996 | 159 | MINUTE ORDER of 3/19/96 by Hon. Ann C. Williams as to defendant Charles Lezine : Sentencing set for 05/10/96 is stricken and reset to 05/13/96 at 9:30 a.m. Mailed notice (fce) (Entered: 03/20/1996) |
| 04/08/1996 | 170 | GOVERNMENT'S proffer by USA regarding the admission of co conspirator statements (pmp) (Entered: 04/08/1996) |
| 04/08/1996 | 171 | RETURN of service of Subpoena in a criminal case executed upon custodian of records as to Charles Lezine on 03/07/96 (pmp) (Entered: 04/09/1996) |
| 04/08/1996 | 172 | RETURN of service of Subpoena in a criminal case executed upon Sandra Johnson as to Charles Lezine on 03/06/96 (pmp) (Entered: 04/09/1996) |
| 04/08/1996 | 173 | RETURN of service of Subpoena in a criminal case executed upon custodian of records as to Charles Lezine on 03/14/96 (pmp) (Entered: 04/09/1996) |
| 04/08/1996 | 174 | RETURN of service of Subpoena in a criminal case executed upon Taru Mills as to Charles Lezine on 03/11/96 (pmp) (Entered: 04/09/1996) |
| 04/08/1996 | 175 | RETURN of service of Subpoena in a criminal case executed upon Donnie Gassaway as to Charles Lezine on 03/06/96 (pmp) (Entered: 04/09/1996) |
| 04/16/1996 | 177 | PRETRIAL notice of expert witness by USA; Notice of filing (pmp) (Entered: 04/17/1996) |
| 04/18/1996 | 178 | LIST of possible government witnesses submitted by USA; Notice of filing (pmp) (Entered: 04/18/1996) |
| 04/18/1996 | 179 | JURY Instructions forfeiture by USA; Notice of filing (pmp) (Entered: 04/23/1996) |
| 04/18/1996 | 180 | JURY Instructions proposed by USA; Notice of filing (pmp) (Entered: 04/23/1996) |
| 04/18/1996 | 181 | PROPOSED Voir Dire by USA; Notice of filing (pmp) (Entered: 04/23/1996) |
| 04/18/1996 | 182 | STIPULATION number 1; Notice of filing (pmp) (Entered: 04/23/1996) |
| 04/26/1996 | 184 | RESPONSE by USA to preliminary presentence report; (Exhibits); Notice of filing (pmp) (Entered: 04/29/1996) |
| 05/08/1996 | 187 | FORFEITURE trail statement by USA; (Exhibits); Notice of filing (pmp) (Entered: 05/13/1996) |
| 05/13/1996 | 189 | OBJECTIONS by Charles Lezine to preliminary presentence report; Notice of filing and affidavit of service. (Temporarily unavailable for docketing) (pmp) Modified on 05/21/1996 (Entered: 05/21/1996) |
| 05/13/1996 | 190 | MINUTE ORDER of 5/13/96 by Hon. Ann C. Williams as to Charles Lezine : Sentencing is stricken. New date to be set within a short date. No notice (Temporarily unavailable for docketing) (pmp) Modified on |

Case 4:07-cr-00740-SBA    Document 12    Filed 02/08/2008    Page 12 of 18

| | | 05/21/1996 (Entered: 05/21/1996) |
|---|---|---|
| 05/17/1996 | 197 | AGREED motion by Charles Lezine to release defendant Lezine's bond ; Notice of filing and affdavit of mailing (pmp) (Entered: 05/24/1996) |
| 05/17/1996 | 198 | ORDER regarding defendant's motion to release defendant Lezine's bond. [197-1] (pmp) (Entered: 05/24/1996) |
| 05/17/1996 | 199 | MINUTE ORDER of 5/17/96 by Hon. Ann C. Williams as to Charles Lezine : Granting defendant's agreed motion to release defendant Lezine's bond [197-1] and so ordered. Mailed notice (pmp) (Entered: 05/24/1996) |
| 05/31/1996 | 203 | RESPONSE by USA to defendant's objections to the presentence report [189-1]; (Exhibits); Notice of filing (pmp) (Entered: 05/31/1996) |
| 05/31/1996 | 208 | MINUTE ORDER of 5/31/96 by Hon. Ann C. Williams as to Charles Lezine : Hearing on defendant's objection to preliminary presentence report [189-1] is set for 06/05/96 at 10:30 a.m. Telephoned notice (pmp) (Entered: 06/04/1996) |
| 06/03/1996 | 206 | AMENDED exhibits 2 by USA to the response to the defendant's objections to the preliminary presentence report; (Exhibits); Notice of filing (pmp) (Entered: 06/03/1996) |
| 06/03/1996 | 210 | TRANSCRIPT of proceeding as to Charles Lezine held before Hon. Ann C. Williams on 12/07/95. (pmp) (Entered: 06/04/1996) |
| 06/05/1996 | 215 | MINUTE ORDER of 6/5/96 by Hon. Ann C. Williams as to Charles Lezine : Status hearing set for 07/12/96 at 9:30 a.m. Hearing on defendant's objections to preliminary presentence is stricken. Defendant is given until 06/26/96 to file a response to sentencing position. Government's reply due 07/03/96. Mailed notice (pmp) (Entered: 06/10/1996) |
| 07/02/1996 | 221 | RESPONSE by Charles Lezine to government notice of intent to withhold 5K1.1 downward departure motion; (Exhibits) (pmp) (Entered: 07/03/1996) |
| 07/02/1996 | | ORAL agreed motion by Charles Lezine for leave to file instanter defendant's response to government's notice of intent to withold 5k1.1 downward departure motion and to extend by agreement the government's time to reply to 07/08/96 (pmp) (Entered: 07/08/1996) |
| 07/02/1996 | 223 | MINUTE ORDER of 7/2/96 by Hon. Ann C. Williams as to Charles Lezine : Granting defendant's oral agreed motion for leave to file instanter defendant's response to government's notice of intent to withold 5k1.1 downward departure motion [0-1] and to extend by agreement the government's time to to 07/08/96. [0-2] Mailed notice (pmp) (Entered: 07/08/1996) |
| 07/08/1996 | 225 | RESPONSE by USA to the defendant's objections to the presentence report [189-1]; Notice of filing (pmp) (Entered: 07/09/1996) |

| 07/12/1996 | 229 | MINUTE ORDER of 7/12/96 by Hon. Ann C. Williams as to Charles Lezine : Status hearing held; continued to 8/2/96 at 9:30 am. Defendant is given leave to file supplement by 7/22/96. Government response to be filed by 8/1/96. Mailed notice (cdh) (Entered: 07/19/1996) |
| --- | --- | --- |
| 07/24/1996 | 232 | OBJECTIONS by USA to defendant's response to government's notice of intention to withhold 5K1.1 departure motion; [221-1]; Exhibits: Notice of filing (pmp) (Entered: 07/25/1996) |
| 07/30/1996 | 235 | MOTION by Charles Lezine to strike government's objections to defendant's response to government notice of intention to withhold 5K1.1 departure motion ; Notice of motion and affidavit of mailing (pmp) (Entered: 08/12/1996) |
| 08/02/1996 | 236 | MINUTE ORDER of 8/2/96 by Hon. Ann C. Williams as to Charles Lezine : Status hearing held. Denying defendant's motion to strike government's objections to defendant's response to government notice of intention to withhold 5K1.1 departure motion. [235-1] Defendant informs the court that no supplement will be filed. Sentencing hearing is set for 09/11/96 at 10:30 a..m. Mailed notice (Temporarily unavailable for docketing) (pmp) (Entered: 08/12/1996) |
| 08/02/1996 |  | (Court only) Modification Sentencing hearing is set for 09/11/96 at 10:30 a.m. (pmp) (Entered: 08/12/1996) |
| 08/26/1996 | 238 | RETURN of service of subpoena in a criminal case executed upon Taru Mills on 08/19/96 (pmp) Modified on 08/27/1996 (Entered: 08/27/1996) |
| 08/26/1996 | 239 | RETURN of service of subpoena in a criminal case executed upon Charles Lezine on 08/08/96 (pmp) (Entered: 08/27/1996) |
| 08/27/1996 | 237 | RETURN of service of subpoena in a criminal case executed upon Roberta Enterprises on 08/16/96 (pmp) (Entered: 08/27/1996) |
| 09/11/1996 | 247 | MINUTE ORDER of 9/11/96 by Hon. Ann C. Williams as to defendant Charles Lezine : Sentencing hearing is reset to 09/19/96 at 11:00 a.m. Telephoned notice (kmt) (Entered: 09/16/1996) |
| 09/19/1996 | 250 | MINUTE ORDER of 9/19/96 by Hon. Ann C. Williams as to Charles Lezine : Sentencing hearing held and continued to 09/30/96 at 10:30 a.m. No notice (pmp) (Entered: 09/23/1996) |
| 09/24/1996 | 253 | MOTION by USA to dismiss count(s) one, two and four of the superseding indictment without prejudice ; Notice of filing (pmp) (Entered: 09/26/1996) |
| 09/30/1996 | 260 | MINUTE ORDER of 9/30/96 by Hon. Ann C. Williams as to Charles Lezine : Sentencing hearing resumes and concluded. Defendant is give until 10/28/96 to file additional supplement regarding sentencing issues. Ruling on sentencing issues to be made by mail. Sentencing is set for 11/15/96 at 11:00 a.m. Mailed notice (pmp) (Entered: 10/03/1996) |

| 10/21/1996 | 261 | TRANSCRIPT of proceeding as to Charles Lezine held before Hon. Ann C. Williams on 09/19/96 and 09/30/96 (2 vols. #261- and #261-2) (pmp) (Entered: 10/21/1996) |
| 11/13/1996 | 270 | MINUTE ORDER of 11/13/96 by Hon. Ann C. Williams as to Charles Lezine : Sentencing set for 11/15/96 is stricken and reset to 11/26/96 at 11:30 a.m. Mailed notice (pmp) (Entered: 11/14/1996) |
| 11/22/1996 | 272 | MINUTE ORDER of 11/22/96 by Hon. Ann C. Williams as to Charles Lezine : Sentencing set for 11/26/96 is stricken and reset to 12/04/96 at 10:30 a.m. Mailed notice (dmk) (Entered: 11/25/1996) |
| 12/02/1996 | 273 | MINUTE ORDER of 12/2/96 by Hon. Ann C. Williams as to Charles Lezine : Sentencing set for 12/04/96 is stricken and reset to 12/18/96 at 10:00 a.m. Mailed notice (dmk) (Entered: 12/03/1996) |
| 12/17/1996 | 277 | MINUTE ORDER of 12/17/96 by Hon. Ann C. Williams as to Charles Lezine : Sentencing set for 12/18/96 is stricken and reset to 01/17/97 at 11:30 a.m. Mailed notice (dmk) (Entered: 12/18/1996) |
| 01/17/1997 | 278 | MINUTE ORDER of 1/17/97 by Hon. Ann C. Williams as to defendant Charles Lezine : Defendant is given until 01/30/97 to file additional supplement regarding sentencing issues. Sentencing is reset to 02/11/97 at 9:30 a.m. Mailed notice (kmt) (Entered: 01/23/1997) |
| 02/11/1997 | 279 | MINUTE ORDER of 2/11/97 by Hon. Ann C. Williams as to Charles Lezine : Defendant will not file any additional supplement regarding sentencing issues. Defendant to stand on original filing regarding sentencing issues. Ruling on sentencing issues to be made by mail. Sentencing is reset to 02/27/97 at 9:30 a.m. Mailed notice (pmp) (Entered: 02/19/1997) |
| 02/27/1997 | 281 | MEMORANDUM, Opinion and Order as to Charles Lezine (pmp) (Entered: 02/28/1997) |
| 02/27/1997 | 282 | MINUTE ORDER of 2/27/97 by Hon. Ann C. Williams as to Charles Lezine : The court denies defendant's request to require the government to move for a downward departure pursuant to U.S.S.G. Section 5k1.1. The court finds that the amount of cocaine forty kilograms necessitates a base offense level of 34. The court also finds that the two level enhancement for obstruction of justice is proper and defendant is not entitled to a three level downward adjustment for acceptance of responsibility. The court does find that the criminal history score over represents the seriousness of defendant's criminal history and therefore reduces defendant's total criminal history score to five placing defendant in criminal history category III. Sentencing is reset to 03/12/97 at 11:00 a.m. No notice (pmp) (Entered: 02/28/1997) |
| 03/12/1997 | 283 | MINUTE ORDER of 3/12/97 by Hon. Ann C. Williams as to Charles Lezine : Sentencing is reset to 03/25/97 at 12:30 at p.m. Mailed notice (pmp) (Entered: 03/13/1997) |

| 03/25/1997 | 284 | MINUTE ORDER of 3/25/97 by Hon. Ann C. Williams as to Charles Lezine : Defendant to file motion to reconsider by 4/18/97. Government to file response by 4/25/97. Sentencing is reset to 5/16/97 at 11:00 am. Mailed notice (cdh) (Entered: 03/27/1997) |
| 04/22/1997 | 285 | MOTION by defendant Charles Lezine to reconsider this court's ruling on his objections to the preliminary presentence report ; Notice of filing (kmt) (Entered: 04/23/1997) |
| 04/22/1997 | 286 | MOTION by defendant Charles Lezine to reconsider this court's ruling on his response to government's notice of intent to withhold its 5K1.1 downward departure motion ; Notice of filing (kmt) (Entered: 04/23/1997) |
| 04/25/1997 | 287 | CONSOLIDATED OPPOSITION by USA to Defendant's motion to reconsider this court's written opinio an dorder dated 02/27/97 [286-1], [285-1]; Notice of filing (dmk) (Entered: 04/28/1997) |
| 05/07/1997 | 289 | TRANSCRIPT of proceeding as to Charles Lezine held before Hon. Ann C. Williams on 2/11/97, 3/25/97 (two volumes of transcripts item #289-1 and #289-2). (cdh) (Entered: 05/08/1997) |
| 05/08/1997 | | TRANSMITTED to the 7th Circuit supplement to the record on appeal no. 96-3331as to Charles Lezine consisting of two volumes of transcripts item #'s 289-1 and 289-2. Mailed notice to all counsel. (cdh) (Entered: 05/08/1997) |
| 05/16/1997 | 290 | MINUTE ORDER of 5/16/97 by Hon. Ann C. Williams as to Charles Lezine : Sentencing is reset to 05/29/97 at 11:00 a.m. Mailed notice (pmp) (Entered: 05/21/1997) |
| 05/28/1997 | 291 | MEMORANDUM, Opinion and Order as to Charles Lezine (pmp) (Entered: 05/29/1997) |
| 05/28/1997 | 292 | MINUTE ORDER of 5/28/97 by Hon. Ann C. Williams as to Charles Lezine : Pursuant to memorandum opinion and order the court grants defendant's motion to reconsider this court's 02/27/97 memorandum opinion and order in part and denies in part. [286-1] Defendant's conduct does not warrant a two-level enhancement for obstruction of justice. However defendant is not entitled to the three-level reduction for acceptance of resonsibility. Further more defendant's request for specific performance of the section 5K1.1 downward departure is denied. Therefore the guideline range for a total offense level of 34 and a criminal history category of III is 188 to 235 months. Telephone notice (pmp) (Entered: 05/29/1997) |
| 05/29/1997 | 293 | MINUTE ORDER of 5/29/97 by Hon. Ann C. Williams as to Charles Lezine : Sentencing is continued to 06/05/97 at 11:45 a.m. No notice (pmp) (Entered: 06/05/1997) |
| 06/05/1997 | | (Court only) Modification Therese Cesar as counsel for Charles Lezine (dmk) (Entered: 06/24/1997) |

| 06/05/1997 | 294 | SENTENCING ORDER of 6/5/97 by Hon. Ann C. Williams : Sentencing Charles Lezine (2) count(s) 1. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of one-hundred thirty-five (135) months. The defendant is remanded to the custody of the United States marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of five (5) years. The defendant shall pay a fine of $5,000.00. The fine includes any costs of incarceration and/or supervision. Statement of reasons. case terminated Mailed notice (dmk) (Entered: 06/24/1997) |
| 06/24/1997 | | JUDGMENT and Commitment issued to U.S. Marshal (dmk) (Entered: 06/24/1997) |
| 06/24/1997 | 295 | NOTICE OF APPEAL by defendant Charles Lezine from sentencing order [294-3] ( FEE NOT PAID) (fce) (Entered: 06/25/1997) |
| 06/24/1997 | 296 | DOCKETING STATEMENT by defendant Charles Lezine appeal [295-1] . (fce) (Entered: 06/25/1997) |
| 06/25/1997 | | TRANSMITTED to the 7th Circuit the short record on appeal [295-1] as to Charles Lezine . Mailed notice to all counsel. (fce) (Entered: 06/25/1997) |
| 07/01/1997 | 297 | PRESENTENCE Investigation Report - sealed on Charles Lezine (dmk) (Entered: 07/02/1997) |
| 07/01/1997 | 298 | SENTENCING RECOMMENDATION - sealed on Charles Lezine (dmk) (Entered: 07/02/1997) |
| 07/02/1997 | 299 | ACKNOWLEDGEMENT of receipt of short record on appeal, as to Charles Lezine appeal [295-1] USCA #97-2571 (pmp) (Entered: 07/03/1997) |
| 07/02/1997 | 300 | LETTER from United States Court of Appeals, to Therese Cesar, dated 06/30/97 regarding filing fee of Notice of Appeal (pmp) (Entered: 07/03/1997) |
| 07/08/1997 | | TRANSMITTED to the 7th Circuit the long record on appeal no. 97-2571 as to Charles Lezine consisting of one volume of pleadings, two vault items (297 & 298), three volumes of transcripts (210, 261-1 & 261-2) and certificates re. appeal [295-1]. Mailed notice to all counsel. (fce) (Entered: 07/08/1997) |
| 10/20/1997 | 301 | COPY of Order from the 7th Circuit as to Charles Lezine. (#97-2571) (pmp) (Entered: 10/20/1997) |
| 11/13/1997 | 302 | COPY of Order from the 7th Circuit as to Charles Lezine. It is ordered that attorney Therese Cesar is appointed to represent defendant-apellant Charles Lezine (#97-2571) (pmp) (Entered: 11/17/1997) |
| 12/29/1997 | 303 | COPY of Order from the 7th Circuit as to Charles Lezine: It is ordered that the motion to withdraw is granted . ( 97-2571) (dmk) (Entered: 12/30/1997) |

| | | |
|---|---|---|
| 02/19/1998 | 310 | TRANSCRIPT of proceeding as to Charles Lezine held before Hon. Ann C. Williams on 06/05/97 (1 volume) (dmk) (Entered: 02/20/1998) |
| 03/27/1998 | 313 | AGREED motion by USA to supplement record on appeal as to defendant Charles Lezine ; Notice of filing (pmp) (Entered: 03/30/1998) |
| 03/27/1998 | 314 | MINUTE ORDER of 3/27/98 by Hon. Ann C. Williams as to Charles Lezine : Government's agreed motion to supplement record on appeal as to defendant Charles Lezine is granted and so ordered [313-1] Mailed notice (pmp) (Entered: 03/30/1998) |
| 03/30/1998 | | TRANSMITTED to the 7th Circuit supplement to the record on appeal no. #97-2571 as to Charles Lezine consisting of one volume of loose pleading. Mailed notice to all counsel. (pmp) (Entered: 03/30/1998) |
| 03/31/1998 | 315 | TRANSCRIPT of proceeding as to Charles Lezine held before Hon. Ann C. Williams on 06/05/97 (1 volume) (dmk) (Entered: 04/01/1998) |
| 04/03/1998 | | TRANSMITTED to the 7th Circuit supplement to the record on appeal no. 97-2571 as to Charles Lezine consisting of 1 volume of transcripts. Mailed notice to all counsel. (dmk) (Entered: 04/03/1998) |
| 02/19/1999 | 317 | LETTER from the 7th Circuit returning the record on appeal 97-2571 as to Charles Lezine consisting of one volume of pleadings, one loose pleading, four volumes of transcripts of proceedings and two in camera materials. (pmp) (Entered: 02/24/1999) |
| 02/19/1999 | 318 | OPINION from the 7th Circuit as to Charles Lezine Argued 05/21/98; Decided 01/28/99. (97-2571) (pmp) (Entered: 02/24/1999) |
| 02/19/1999 | 319 | CERTIFIED COPY of order from the 7th Circuit as to Charles Lezine Th edecision of the district court is affirmed. [295-1] (97-2571) (pmp) (Entered: 02/24/1999) |
| 07/19/2000 | 327 | PARTIAL release of judgment lien by USA (pmp) (Entered: 07/20/2000) |
| 09/20/2007 | 332 | ATTORNEY Substitution for the USA of Lela Darlene Johnson (Attachments: # 1 Certificate of Service)(Johnson, Lela) (Entered: 09/20/2007) |
| 09/24/2007 | 333 | MINUTE entry before Judge William T. Hart :as to Charles Lezine Status hearing set for 9/26/2007 at 11:00 a.m. regarding the probation officer's special report. Mailed notice (clw, ) (Entered: 09/24/2007) |
| 09/26/2007 | 334 | MINUTE entry before Judge William T. Hart as to Charles Lezine: Status hearing held regarding probation officer's special report, defendant did not appear. Order bench warrant issued as to defendant Charles Lezine to show cause why his supervised release should not be revoked. Mailed notice (emd, ) (Entered: 09/27/2007) |
| 09/27/2007 | | BENCH WARRANT issued as to Charles Lezine (emd, ) (Entered: 09/27/2007) |

| 10/16/2007 | ◯335 | EXECUTIVE COMMITTEE ORDER: Case as to Charles Lezine Reassigned to Judge William T. Hart. Judge Ann C. Williams no longer assigned to the case.(emd, ) (Entered: 10/22/2007) |
| 10/22/2007 | ◯336 | BENCH WARRANT returned executed as to Charles Lezine on 10/17/07 (emd, ) (Entered: 10/23/2007) |
| 12/14/2007 | ◯337 | PROBATION Jurisdiction Transferred to USDC ND/CA as to Charles Lezine. (Redacted image) (emd, ) (Entered: 12/18/2007) |
| 02/04/2008 | ◯338 | CERTIFIED and Transmitted to USDC ND/CA the record consisting of cover letter, tranfer of jurisdiction and certified copy of docket entries by certified mail no. 7007 0710 0003 4410 4299 as to Charles Lezine. (emd, ) (Entered: 02/04/2008) |

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 2-4-08