UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NUMBER:  CR 07-00740 SBA

TITLE:  USA -v- LEZINE et al

**REASSIGNMENT ORDER**
Assignment Plan - Paragraph J

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the Honorable Judge Saundra B. Armstrong at the Oakland Division for all further proceedings.

This case has been assigned the following new number: CR 07-00740 SBA . All future filings should reflect this number.  Please change all records accordingly.

ALL PREVIOUSLY NOTICED MOTIONS MUST BE RENOTICED BEFORE THE ABOVE-NAMED JUDGE.  ANY PAPERS PREVIOUSLY FILED IN SUPPORT OF OR IN OPPOSITION TO A MOTION NEED NOT BE REFILED.  PREVIOUSLY SCHEDULED STATUS AND CASE MANAGEMENT CONFERENCES ARE VACATED.  COUNSEL WILL RECEIVE NOTICE FROM THE CLERK RESETTING ANY STATUS OR CASE MANAGEMENT CONFERENCES IN CIVIL CASES, AND ANY OTHER HEARINGS IN CRIMINAL CASES.  ALL OTHER SCHEDULED MATTERS, INCLUDING DISCOVERY CUT-OFF DATES, DOCUMENT DISCLOSURE DATES, DEADLINE FOR FILING PRETRIAL DOCUMENTS, PRETRIAL CONFERENCE AND TRIAL DATE AND ADR SETTINGS AND DEADLINES, SHALL REMAIN IN EFFECT, UNLESS OTHERWISE ORDERED BY THE NEWLY ASSIGNED JUDGE.  MATTERS PREVIOUSLY REFERRED TO A MAGISTRATE JUDGE SHALL REMAIN BEFORE THAT MAGISTRATE JUDGE.

DATED:                                                         FOR THE EXECUTIVE COMMITTEE:

_Richard W. Wieking_
Richard W. Wieking
Clerk