| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 5 Mins | | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE** **MINUTE ORDER** | DEPUTY CLERK Ivy L. Garcia | REPORTER/FTR FTR: 4/2/08 10:01:25-10:06:35 | | |
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | DATE 4/2/08 | NEW CASE ☐ | CASE NUMBER CR-07-00740-SBA | |

**APPEARANCES**

| DEFENDANT CHARLES LEZINE | AGE | CUST P/NP Yes  P | ATTORNEY FOR DEFENDANT John Paul Reichmuth for Joyce Leavi | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|
| U.S. ATTORNEY Maureen Bessette | INTERPRETER None | | FIN. AFFT ☐ SUBMITTED | ☒ COUNSEL APPT'D |
| PROBATION OFFICER Mark Unalp | PRETRIAL SERVICES OFFICER Amy Berthelsen | | DEF ELIGIBLE FOR ☐ APPT'D COUNSEL | PARTIAL PAYMENT ☐ OF CJA FEES |

**PROCEEDINGS SCHEDULED TO OCCUR**

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☒ INITIAL APPEAR REV PROB OR S/R 5 Mins HELD | ☐ OTHER |
| ☒ TIMING OF DETENTION HRG WAIVED BY THE DEFT. | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

**FILED**

**INITIAL APPEARANCE**

| ☒ ADVISED OF RIGHTS 4/2/08 | ☒ ADVISED OF CHARGES 4/2/08 | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

APR 2 - 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**ARRAIGNMENT**

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT |
|---|---|---|---|

**RELEASE**

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED  ☐ RELEASED | ☒ DETENTION HEARING AND FORMAL FINDINGS WAIVED BY THE DEFT. | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

**PLEA**

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| TO: 4/15/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 9:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. S.B. ARMSTRONG | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☒ STATUS/SETTING OF PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

The deft. waived the timing of his Detention Hrg. The deft. reserves his rights to have his Detention Hrg. -- if and when he believes it will be on his best interest to put his Detention Hrg. back on calendar later.
cc: WDB's Stats, Lisa Clark, Probation

DOCUMENT NUMBER: