UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE SAUNDRA BROWN ARMSTRONG
Date:  4/15/08

**Clerk:** Frances Stone FOR LISA CLARK
**Court Reporter:** Raynee Mercado

**Plaintiff:**  United States

**v.**                                                                                    **No.** CR-07-00740-SBA

**Defendant:** Charles Lezine [present; in custody]

**Appearances for AUSA:** Maureen Bessette

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:**

**Probation Officer:** Cris Taylor (for Mark Unalp)

**Reason for Hearing:**                       **Ruling:**
**Stat re: Supervised Release Revocation and Disposition-**     **STAT HELD**

**Notes:**

**Case Continued to   5/6/08 AT 11:00AM   for  Supervised Release Revocation and Disposition**

**Excludable Delay: Category: Begins:**          **Ends:**