**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  USA,                                          No. CR 07-00740 SBA
12          Plaintiff,                            **CLERK'S NOTICE**
13      v.
14  LEZINE,
15          Defendant.
16  _____/
17
18      The Supervised Release Revocation and Disposition Hearing set for May 6, 2008, at 11:00 a.m., has been moved to May 6, 2008, at 10:00 a.m.
19
20
21  Dated:  4/22/08                               FOR THE COURT,
22                                                Richard W. Wieking, Clerk
23                                                By: _____
                                                  LISA R. CLARK
24                                                Courtroom Deputy
25  To:
26
27
28

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28