BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant LEZINE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00740 SBA |
| Plaintiff, ) | |
| ) | LETTERS IN SUPPORT OF CHARLES |
| v. ) | LEZINE'S SUPERVISED RELEASE |
| ) | HEARING AND DISPOSITION |
| CHARLES LEZINE, ) | Date: May 6, 2008 |
| ) | Time: 11:00 a.m. |
| Defendant. ) | Courtroom: No.3 |

Defendant Charles Lezine hereby submits two letters in support of his supervised release hearing and disposition scheduled for May 6, 2008 at 11:00 a.m. The parties jointly recommend that Mr. Lezine be sentenced to 6 months custody with no supervised release to follow. In support of his request, Mr. Lezine submits (1) a letter to the court dated April 16, 2008 (Exhibit A) and (2) a letter from Camisha Nettles dated April 29, 2008 (Exhibit B.)

Dated: 5/5/08

Respectfully submitted,
BARRY J. PORTMAN
Federal Public Defender

JOYCE LEAVITT
Assistant Federal Public Defender

# EXHIBIT A

To: Judge Armstrong                                              4/16/2008
From: Charles Irving

I am writing you this letter in hoping to shed some light on the man i have grown into. I am not so pretentious as to imagine that it is possible for me to recall completelly where into my decade of incarceration that i started to make changes in myself, that would lead too me being a better father-son-brother-friend and all around person, the person i was then, was not a nice person at all; and i did not want to be that person any longer. I started to change the things that people said they liked least about me (i must say it was not very easy admitting that there was alot of things that were broken within me!).

It has been a very hard fight to change the attitude that i have lived with for so long, but i always try to push forward; sometimes i fall; but i get up and push forward.

I have been out of prison for 2 years now, it has not been very easy for me at all, even thow i got a job the second month i was out and had one ever since, they did not pay much but i used them as a steping stone and got more training at the same time, in order to go after higher paying position. I was turned down by PG+E - Chevron - BarT and East Bay Mud not because of my skills level or lack of but because i was still on supervision (being turned down hurt!). I made eleven dollars an hour at my current job and these companys were willing to pay me between 25 and 35 dollars an hour, making that much money ment financial freedom for me and my children. I pay 730 dollars a month in childsupport, at my current rate of pay that is about 45%, i don't mind paying; but after bills there is not much left, but i work with what god has given to me ( the old charles would be selling drugs or something else!).

II

I have 4 daughters Jasmine -16- Keejauna -14- Tatianna -12- Aneara- 5 months and i love them with everything i have in me!'. they are a very big part of why i fight so hard everyday to push forward (but it is hard when you have so many people telling you what you can and can not do!). This is the first time in my life that i have really been a dad, trying to do all of the things i think a dad would do and a child needs from a parent (support-love-understand-parent/teacher meetings)- helping with homework- going to there games/plays/talent shows- picking them up from school- doctor appts-ect...) the old charles would have just gave money!. My relationship with my 16+14 years old are not the best, but they are getting much better (i am sure me going back to prison will set us back!. i just pray not to far!).

Your honor!. i use to be a person that only cared about self, not anyone, or anything! now sometimes i think i care to much!. i want to please everyone!. but i can't!. i am mature enough (Now!) to live my life without so many people having a hand in it.

I am sure i will fall a few times on my journey to be a better person. I accept and understanding that i broke some rules of my supervision but i did not do it with malice or ill will!.

In the 2 years i have been out, i have worked very hard to get my life back on track, i just want to live it!.

I am sorry i took up so much of your time! i ment only to write a one page letter but i see i had alot to say! and i am very happy someone is finally listening to me and not just telling me what to do or what they think is best for me without walking in my shoes first.   Thank You! Judge Armstrong.

Charles Everett Lengie

MAY 8 2008
RECEIVED
FEDERAL PUBLIC DEFENDER

# EXHIBIT B

April 29th 2008

Dear Judge Armstrong,

My name is Camisha Nettles. I am now single mother of two beautiful girls. My daughter's ages are five years old and four months. I was taken into foster care at age 13 and emancipated June '05. I have been in seven different placements during that time in the system.

During the five years I spent in foster care there was barely any food, the houses was in serious disrepair, and staff neglected us. I held a part-time job after school to make sure the other girls and our babies ate daily. We had bugs in our food, I had no heat in my room, and staff would leave us alone to go to the club on Friday and Saturday nights.

My daughters and I are in a better place now that Charles has come in our lives. Before GOD blessed me to meet him I was on the wrong track. I was getting involved with the wrong people and my GPA had dropped to 0.3. We now have a small apartment in Hayward, Ca and I attend Chabot Community College and work part-time as my schedule permits However, I would be able to work more and take extra classes if my Fiancée was here.

Even though Charles has a long list of bad things he has an even longer list of good things. Charles brought me to my senses and changed my life. He has given me the motivation to go back to school, he has adopted my oldest daughter as his own, and maintained a healthy job for his family of four. I have lived a long life of neglected, physical, mental, and emotional abused. I am proud to say Charles has helped me bring my second child in the world, as well as help me to be an independent mother. As a result, I will receive my in AA Degree in May '09 and transfer to Cal State East Bay where I will continue to receive a Bachelors Degree in Criminal Justice. Thank you for your time!

Yours truly,

Camisha Nettles