UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

Date: 5/6/08

**CR 07-740 SBA**                          **JUDGE: SAUNDRA BROWN ARMSTRONG**

**CHARLES LEZINE**                Present (X) Not Present ( ) In Custody (X)
   DEFENDANT(S)

**MAUREEN BISSETTE**                      **JOYCE LEAVITT**
U.S. ATTORNEY                             ATTORNEY FOR DEFENDANT(S)

**Deputy Clerk:** Lisa R. Clark            **RAYNEE MERCADO**
                                           Court Reporter

                                           **MARK UNLAP**
Interpreter                                Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:** SUPERVISED RELEASE REVOCATION AND DISPOSITION HEARING - HELD

**RESULT OF HEARING:** DEFENDANT ADMIT CHARGE,2,3,4,5, OF THE PROBATION FORM 12; GOVERNMENT DISMISSES CHARGE 1 OF THE PROBATION FORM 12; SUPERVISED RELEASE IS REVOKED

**JUDGMENT:** 6 MONTHS BOP

**PROCEEDINGS**